People v Guzman (2025 NY Slip Op 50475(U))

[*1]

People v Guzman (Lenin)

2025 NY Slip Op 50475(U)

Decided on April 11, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on April 11, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570562/19

 The People of the State of New York, Respondent,
against
Lenin Guzman, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Beth Beller, J.), rendered July 10, 2019, convicting him, upon his plea of guilty, of attempted assault in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Beth Beller, J.), rendered July 10, 2019, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous issues that could be raised on this appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: April 11, 2025